UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JUMPSTART COMMUNICATIONS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:24-cv-447-HAB-SLC |
| ) | |
| RYAN JUMPER and ) | |
| JUMPSTART COMMUNICATION, LLC, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF JUMPSTART COMMMUNICATIONS, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Jumpstart Communications, LLC ("Plaintiff") states that it has no parent corporation and there is no publicly held corporation owning 10% or more of its stock. Plaintiff further states that no additional disclosures are required under General Order No. 2023-06, the Federal Rules of Civil Procedure, or the Federal Rules of Criminal Procedure. Finally, Plaintiff states that the Court has federal question jurisdiction over this case under 28 U.S.C. § 1331 because Jumpstart Communications asserts federal claims under the Declaratory Judgment Act (28 U.S.C. § 2201), the Lanham Act (15 U.S.C. § 1125), and the Racketeer Influenced and Corrupt Organizations Act (18 U.S.C. § 1964). The facts supporting federal jurisdiction are set forth in Plaintiff's Complaint (Doc. 1) at pp. 3-17.

Respectfully submitted,

**CARSON LLP**

By: */s/ Carrie E. Sheridan*
J. Blake Hike #28601-02
Carrie E. Sheridan #38703-02
Stephanie Fleming #344021 (California)
Brendan C. Ruff #39003-41
301 W. Jefferson Blvd., Ste. 200
Fort Wayne, IN 46802
Telephone: (260) 423-9411
Email:  hike@carsonllp.com
 sheridan@carsonllp.com
 fleming@carsonllp.com
 ruff@carsonllp.com

*Attorneys for Plaintiff, Jumpstart Communications, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2024, a true and accurate copy of the foregoing document was electronically filed with the Court and served via regular U.S. Mail on the following parties:

Jumpstart Communication, LLC  
c/o Ryan Jump, Statutory Agent  
4830 Halsey Court  
Fort Wayne, Indiana 46818

Ryan Jump  
4830 Halsey Court  
Fort Wayne, Indiana 46818

*/s/ Carrie E. Sheridan*