UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JUMPSTART COMMUNICATIONS LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:24-cv-00447 |
| v. ) | |
| ) | |
| RYAN JUMPER and ) | |
| JUMPSTART COMMUNICATION LLC, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT JUMPSTART COMMUNICATION LLC'S DISCLOSURE OF CORPORATE INTERESTS PURSUANT TO FRCP 7.1 AND GENERAL ORDER 2023-06**

Defendant, Jumpstart Communication LLC, in accordance with Federal Rule of Civil Procedure 7.1 and General Order 2023-06, states:

1. Jumpstart Communication LLC does not have a parent company, and no publicly traded company or other corporate entity has an ownership interest in Jumpstart Communication LLC.

2. Jumpstart Communication LLC has no insurance policy that covers the claims asserted in this case.

3. No additional disclosures of corporate interests are required under General Order 2023-06 or the Federal Rules of Civil Procedure.

4. The Court has jurisdiction pursuant to 28 USC § 1331 for the claims asserted in Counts One through Five of the Plaintiff's Complaint. Defendant has not yet developed a position

as to whether the Court has supplemental jurisdiction over the state law claims asserted in Counts Six through Nine of the Complaint.

                          Respectfully submitted,

                          **FLETCHER VAN GILDER, LLP**

                          /s/ *David E. Bailey*
                          David E. Bailey #21527-02
                          Audrey M. Van Gilder, #35664-49
                          Attorneys for Ryan Jumper and
                          Jumpstart Communication LLC

436 East Wayne Street
Fort Wayne, Indiana  46802
Telephone:  (260) 425-9777
Facsimile:  (260) 424-9177
E-Mail: bailey@fvglaw.com
E-Mail: amvangilder@fvglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 12th day of November, 2024, a copy of the foregoing was electronically filed with the clerk of the court using the CM/ECF system and served on all counsel of record.

                          /s/ *David E. Bailey*
                          David E. Bailey