UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JUMPSTART COMMUNICATIONS LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Case No. 1:24-cv-447-HAB-SLC |
| vs. ) | |
| ) | |
| RYAN V. JUMPER and ) | |
| JUMPSTART COMMUNICATION LLC, ) | |
| ) | |
| Defendants. ) | |

**REPORT OF PARTIES' PLANNING MEETING**

1. The parties held a planning meeting under Fed. R. Civ. P. 26(f) and agreed to this report on November 20, 2024. Carrie Sheridan participated for the plaintiff(s), and David Bailey participated for the defendant(s).

2. Jurisdiction. The parties agree that the Court has federal question jurisdiction over this case under 28 U.S.C. § 1331 because Jumpstart Communications asserts federal claims under the Declaratory Judgment Act (28 U.S.C. § 2201), the Lanham Act (15 U.S.C. § 1125), and the Racketeer Influenced and Corrupt Organizations Act (18 U.S.C. § 1964). The parties agree that the facts supporting federal jurisdiction are set forth in Plaintiff's Complaint (Doc. 1) at pp. 3-17. Defendants have not determined whether they agree that the Court has supplemental jurisdiction over Jumpstart Communications' state-law claims under 28 U.S.C. § 1367.

3. Pre-Discovery Disclosures.

___**X**___ The parties will exchange, *but may not file*, Rule 26(a)(1) information by **March 31, 2025**.

_____ The parties stipulate out of the mandatory initial disclosures.

_____ [Plaintiff] [Defendant] objects to the mandatory initial disclosures for the following reasons: [describe objection].

4. Discovery Plan.

The parties propose the following discovery plan.

Discovery will be needed on the following subjects:

    a. The allegations in Plaintiff's Complaint;
    b. Defendants' denials and affirmative/other defenses to Plaintiff's allegations;

Disclosure or discovery of electronically stored information should be handled as follows: The parties agree that ESI protocol is appropriate and will submit to the Court a proposed ESI protocol on or before **January 31, 2025**. The parties further agree that the ESI protocol will include a protocol for forensic imaging of electronic devices, which the parties agree may be necessary in this case.

The last date to complete all discovery is **March 31, 2026**.

Maximum of 50 interrogatories by each party to any other party.

Maximum of 50 requests for admission by each party to any other party.

Maximum of 12 depositions by plaintiff(s) and 12 by defendant(s).

Each deposition, other than a deposition of party, is limited to a maximum of 7 hours unless extended by stipulation or order of the Court.

The parties must disclose the identity of any Rule 26(a)(2) witness and the witness's written report (if applicable) by:

**December 1, 2025** for plaintiff(s);

**December 1, 2025** for defendant(s);

**January 30, 2026** for plaintiff(s) and defendant(s) rebuttal reports;

and

Supplementation under Rule 26(e) **due every six weeks until the time to file Rule 26(a)(3) pretrial disclosures.**

5. Other Items.

   The last date the plaintiff(s) may seek permission to join additional parties and to amend the pleadings is **April 30, 2025**.

   The last date the defendant(s) may seek permission to join additional parties and to amend the pleadings is **May 30, 2025**.

   The time to file Rule 26 (a)(3) pretrial disclosures will be governed by separate order.

   The case should be ready for [bench or jury] trial by **Fall 2026** and at this time is expected to take approximately **4** days.

   At this time, all parties do consent to refer this matter to the currently assigned Magistrate Judge pursuant to 28 U.S.C. 636(c) and Fed. R. Civ. P. 73 for all further proceedings including trial and entry of judgment.

6. Alternative Dispute Resolution.

   The case's settlement prospects may be enhanced via the following ADR procedure:

   Mediation

   The parties agree mediation may be beneficial and agreed upon Doug Johnston as a mediator.

   Other: None.

   Date: December 6, 2024

Respectfully submitted,

/s/ Carrie E. Sheridan
Carrie E. Sheridan #38703-02
J. Blake Hike #28601-02
Stephanie Fleming #344021 (California)
Brendan C. Ruff #39003-41
**CARSON LLP**
301 W. Jefferson Boulevard, Suite 200
Fort Wayne, Indiana 46802
Telephone: (260) 425-9777
Email: sheridan@carsonllp.com
       hike@carsonllp.com
       fleming@carsonllp.com
       ruff@carsonllp.com

*Attorneys for Plaintiff*

/s/ David E. Bailey (per 12/5/24 email authority)
David E. Bailey #21527-02
Audrey M. Van Gilder #35664-49
**FLETCHER VAN GILDER, LLP**
436 E. Wayne Street
Fort Wayne, Indiana 46802
Telephone: (260) 425-9777
Email: bailey@fvglaw.com
       amvangilder@fvglaw.com

*Attorneys for Defendants*