UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JUMPSTART COMMUNICATIONS LLC, )<br>)<br>Plaintiff, )<br>) Case No. 1:24-cv-00447<br>v. )<br>)<br>RYAN JUMPER and )<br>JUMPSTART COMMUNICATION LLC, )<br>)<br>Defendants. ) | |

## DEFENDANTS' PARTIAL MOTION TO DISMISS

Defendants, Ryan Jumper and Jumpstart Communication LLC, hereby move this Court to dismiss Count Five of Plaintiff, Jumpstart Communications, LLC's Complaint pursuant to Fed. R. Civ. P. 12(b)(6). Plaintiff fails to state a claim upon which relief may be granted with respect to Count Five. The reasons in support of this Motion are more fully set forth in the Memorandum in Support filed herewith.

Respectfully submitted

Date: December 27, 2024

/s/ David E. Bailey
David E. Bailey, #21527-02
Audrey M. Van Gilder, #35664-49
FLETCHER VAN GILDER, LLP
436 E. Wayne Street
Fort Wayne, Indiana 46802
Telephone: (260) 425-9777
Facsimile: (260) 424-9177
Email: bailey@fvglaw.com
Email: amvangilder@fvglaw.com
*Attorneys for Defendants*
*Ryan Jumper and*
*Jumpstart Communication, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of December, 2024, a copy of the foregoing was electronically filed with the clerk of the court using the CM/ECF system and served on all counsel of record.

J. Blake Hike
Carrie E. Sheridan
Brendan C. Ruff
Stephanie Fleming
E: hike@carsonllp.com
E: sheridan@carsonllp.com
E: ruff@carsonllp.com
E: fleming@carsonllp.com

*/s/ David E. Bailey*
David E. Bailey