UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JUMPSTART COMMUNICATIONS, LLC,   )  <br>  ) <br> Plaintiff,   ) <br>  ) <br> vs.   ) <br>  ) <br> RYAN JUMPER and   ) <br> JUMPSTART COMMUNICATION, LLC,   ) <br>  ) <br> Defendants.   ) | Case No. 1:24-cv-447-SLC |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to L.R. 83-8, Plaintiff Jumpstart Communications, LLC, by and through counsel, hereby moves the Court to withdraw Stephanie Fleming as counsel for Plaintiff for the reason that she is no longer employed by Carson LLP. Attorneys Carrie E. Sheridan, J. Blake Hike, and Brendan C. Ruff will continue to represent Plaintiff in this matter.

WHEREFORE, Plaintiff Jumpstart Communications, LLC respectfully requests that Stephanie Fleming be withdrawn as counsel for Plaintiff.

Respectfully submitted,

**CARSON LLP**

By: */s/ Carrie E. Sheridan*
J. Blake Hike #28601-02
Carrie E. Sheridan #38703-02
Brendan C. Ruff #39003-41
301 W. Jefferson Blvd., Ste. 200
Fort Wayne, IN 46802
Telephone: (260) 423-9411
Email: hike@carsonllp.com
    sheridan@carsonllp.com
    ruff@carsonllp.com

*Attorneys for Plaintiff Jumpstart Communications, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2025, a true and accurate copy of the foregoing document was electronically filed with the Court and served via the Court's CM/ECF filing system on the following parties:

David E. Bailey
Audrey M. Van Gilder
Fletcher Van Gilder, LLP
bailey@fvglaw.com
amvangilder@fvglaw.com

/s/ Carrie E. Sheridan