UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JUMPSTART COMMUNICATIONS LLC, )<br>)<br>Plaintiff,           )<br>                                 )<br>vs.                          )<br>                                 )<br>RYAN V. JUMPER and           )<br>THE JUMPER GROUP LLC F/K/A   )<br>JUMPSTART COMMUNICATION LLC, )<br>                                 )<br>Defendants.       ) | Magistrate Judge Susan L. Collins<br><br>Case No. 1:24-cv-00447 |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Pursuant to Fed. R. Civ. P. 26(c), Plaintiff Jumpstart Communications, LLC and Defendants Ryan V. Jumper and The Jumper Group LLC f/k/a Jumpstart Communication, LLC, by and through counsel, jointly move the Court to enter the proposed Stipulated Protective Order Governing Imaging and Inspection of Defendants' Electronic Devices, Protection of Confidential and Privileged Information, and Preservation of Privilege in the Event of Production of Privileged Material (attached hereto as Exhibit 1).

Consistent with the requirements of Fed. R. Civ. P. 26(c), this Motion is supported by good cause. As referenced in the parties' Rule 26(f) Report, the parties desire to enter into this Order for the purpose of establishing an agreed-upon, streamlined procedure for the forensic imaging of certain electronic devices in the possession, custody, or control of Defendants.

Accordingly, the parties respectfully request the Court enter the parties' proposed Stipulated Protective Order Governing Imaging and Inspection of Defendants' Electronic Devices,

Protection of Confidential and Privileged Information, and Preservation of Privilege in the Event of Production of Privileged Material.

Respectfully submitted,

/s/ Carrie E. Sheridan
Carrie E. Sheridan #38703-02
J. Blake Hike #28601-02
Brendan C. Ruff #39003-41
**CARSON LLP**
301 W. Jefferson Boulevard, Suite 200
Fort Wayne, Indiana 46802
Telephone: (260) 425-9777
Email: sheridan@carsonllp.com
        hike@carsonllp.com
        ruff@carsonllp.com

*Attorneys for Plaintiff*

/s/ David E. Bailey (per 1/31/2025 email authority)
David E. Bailey #21527-02
Audrey M. Van Gilder #35664-49
**FLETCHER VAN GILDER, LLP**
436 E. Wayne Street
Fort Wayne, Indiana 46802
Telephone: (260) 425-9777
Email: bailey@fvglaw.com
        amvangilder@fvglaw.com

*Attorneys for Defendants*