## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

| | | |
|---|---|---|
| JUMPSTART COMMUNICATIONS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Magistrate Judge Susan L. Collins |
| vs. | ) | |
| | ) | Case No. 1:24-cv-00447 |
| RYAN V. JUMPER and | ) | |
| THE JUMPER GROUP LLC F/K/A | ) | |
| JUMPSTART COMMUNICATION LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDERS AND FED. R. EVID. 502(d) ORDER

Pursuant to Fed. R. Civ. P. 26(c), Plaintiff Jumpstart Communications, LLC ("Plaintiff" or "Jumpstart Communications"), and Defendants Ryan V. Jumper and The Jumper Group LLC f/k/a Jumpstart Communication, LLC ("Defendants"), by and through counsel, jointly move the Court to enter the parties' proposed Stipulated Protective Order (Exhibit 1) and Fed. R. Evid. 502(d) Order (Exhibit 2).

The parties' proposed Stipulated Protective Order is drawn from the United States District Court for the Northern District of Indiana's model confidentiality order, and consistent with Seventh Circuit precedent, the parties seek confidentiality protections for *only* the following limited and identifiable documents and information:

      1.    Jumpstart Communications' and The Jumper Group LLC f/k/a Jumpstart Communication, LLC's financial information including, but not limited to, income statements, profit and loss statements, and balance sheets;

2. Jumpstart Communications' and The Jumper Group LLC f/k/a Jumpstart Communication, LLC's customer lists or other documents and communications reflecting the identity of their actual or prospective customers;

3. The terms of any contract between Jumpstart Communications and/or The Jumper Group LLC f/k/a Jumpstart Communication, LLC, on one hand, and any actual or prospective customer, on the other, and any documents and communications regarding the same.

Consistent with the requirement of Fed. R. Civ. P. 26(c), the parties' Motion is supported by good cause. The parties have a legitimate business interest in maintaining the confidentiality of their financial information including their profits, losses, margins, etc.—information that is not available to the public or widely known within their organizations. Similarly, the parties have a legitimate business interest in protecting their customer lists (or other documents and communications reflecting the identity of their actual or prospective customers) and the terms of any contracts entered into with their customers or prospective customers, as competitors would likely use that competitive information to undercut their business. Further, certain customer contracts contain confidentiality provisions. Finally, the parties seek to enter into a Fed. R. Evid. 502(d) Order to protect the parties against any waiver of the privileges or protections that might otherwise arise from the disclosure of privileged material.

Accordingly, the parties respectfully request the Court enter the parties' proposed Stipulated Protective Order (Exhibit 1) and Fed. R. Evid. 502(d) Order (Exhibit 2).

Respectfully submitted,


/s/ Carrie E. Sheridan
Carrie E. Sheridan #38703-02
J. Blake Hike #28601-02
Brendan C. Ruff #39003-41
**CARSON LLP**
301 W. Jefferson Boulevard, Suite 200
Fort Wayne, Indiana 46802
Telephone: (260) 425-9777
Email:  sheridan@carsonllp.com
          hike@carsonllp.com
          ruff@carsonllp.com

*Attorneys for Plaintiff*


/s/ David E. Bailey (per 2/4/2025 email authority)
David E. Bailey #21527-02
Audrey M. Van Gilder #35664-49
**FLETCHER VAN GILDER, LLP**
436 E. Wayne Street
Fort Wayne, Indiana 46802
Telephone: (260) 425-9777
Email:  bailey@fvglaw.com
          amvangilder@fvglaw.com

*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 5, 2025, a true and accurate copy of the foregoing document was electronically filed with the Court and served via the Court's CM/ECF filing system on the following parties:

David E. Bailey
Audrey M. Van Gilder
Fletcher Van Gilder, LLP
bailey@fvglaw.com
amvangilder@fvglaw.com

*/s/ Carrie E. Sheridan*