UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| **JUMPSTART COMMUNICATIONS LLC,** | ) )  ) |
| Plaintiff, | ) ) Case No. 1:24-cv-00447-SLC |
| v. | ) ) |
| **RYAN V. JUMPER,** *et al.*, | ) ) |
| Defendants. | ) ) |

## ORDER

Before the Court is a motion for entry of stipulated protective order filed by Plaintiff, seeking the Court's approval and entry of a stipulated protective order governing imaging and inspection of Defendants' electronic devices (ECF 33) pursuant to Federal Rule of Civil Procedure 26(c). The proposed protective order (ECF 33-1) is APPROVED and ADOPTED as an Order of this Court, provided, however, that:

(1) in the second sentence of Section IV.A, the Court changes "will" to "may" to read: "In the event that Defendants conclude that, due to the volume of relevant data, it cannot complete the privilege review of all relevant data within fifteen business days, Defendants may request a hearing at which the Court *may* review the steps taken by the Defendants to review the relevant data, the volume of data subject to review, and the resources of Defendants."; and

(2) as to § III.A, to be clear, the Court will not retain jurisdiction over the Order after the termination of this lawsuit, as the Court is unwilling to enter a protective order that suggests it retain jurisdiction of any kind after resolution of the case. *See EEOC v. Clarice's Home Care Serv., Inc.*, 3:07-cv-601 GPM, 2008 WL 345588, at *2 (S.D. Ill. Feb. 7, 2008) (encouraging the parties to make a contractual agreement among themselves for the return of sensitive documents without court oversight); *see also Large v. Mobile Tool Int'l, Inc.*, No. 1:02-CV-177, 2010 WL 3120254, at *1 (N. D. Ind. Aug. 6, 2010).

SO ORDERED. Entered this 19th day of February 2025.

/s/ Susan Collins
Susan Collins
United States Magistrate Judge