UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JUMPSTART COMMUNICATIONS LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:24-cv-00447 |
| v. ) | |
| ) | |
| RYAN JUMPER and ) | |
| JUMPSTART COMMUNICATION LLC, ) | |
| ) | |
| Defendants. ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO RESPOND TO DISCOVERY

1. The Plaintiff has served the following discovery requests on Defendant Ryan Jumper ("Jumper"):

    a. First Set of Interrogatories

    b. First Set of Requests for Production

    c. Second Set of Requests for Production.

2. Pursuant to previously filed Notices of Initial Extensions of Time, the current due date for Defendant Jumper to respond to each of the outstanding discovery requests is February 28, 2025.

3. By this Motion, Defendant Jumper seeks a 14-day extension of time to respond to all outstanding discovery, which would make the responses due on March 14, 2025.

4. The undersigned has consulted with counsel for the Plaintiff, and the Plaintiff does not object to the granting of this motion.

Date: February 27, 2025

/s/ *David E. Bailey*
David E. Bailey, #21527-02
Audrey M. Van Gilder, #35664-49
FLETCHER VAN GILDER, LLP
436 E. Wayne Street
Fort Wayne, Indiana 46802
Telephone: (260) 425-9777
Facsimile: (260) 424-9177
Email: bailey@fvglaw.com
Email: amvangilder@fvglaw.com
*Attorneys for Defendants*
*Ryan Jumper and*
*Jumpstart Communication, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February, 2025, a copy of the foregoing was electronically filed with the clerk of the court using the CM/ECF system and served on all counsel of record.

J. Blake Hike
Carrie E. Sheridan
Brendan C. Ruff
E: hike@carsonllp.com
E: sheridan@carsonllp.com
E: ruff@carsonllp.com

/s/ *David E. Bailey*
David E. Bailey