UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JUMPSTART COMMUNICATIONS, LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RYAN V. JUMPER and )<br>THE JUMPER GROUP LLC F/K/A )<br>JUMPSTART COMMUNICATION LLC, )<br>)<br>Defendants. ) | Case No. 1:24-cv-447 |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jumpstart Communications, LLC hereby dismisses its action against Defendants Ryan V. Jumper and The Jumper Group LLC f/k/a Jumpstart Communication LLC **with prejudice**.

Respectfully submitted,

**CARSON LLP**

By: */s/ Carrie E. Sheridan*
J. Blake Hike #28601-02
Carrie E. Sheridan #38703-02
Brendan C. Ruff #39003-41
301 W. Jefferson Blvd., Ste. 200
Fort Wayne, IN 46802
Telephone: (260) 423-9411
Email:  hike@carsonllp.com
           sheridan@carsonllp.com
           ruff@carsonllp.com

*Attorneys for Plaintiff, Jumpstart Communications, LLC*

**FLETCHER VAN GILDER, LLP**

By: <u>*/s/ David E. Bailey*</u>
David E. Bailey #21527-02
Audrey M. Van Gilder #35664-49
436 E. Wayne Street
Fort Wayne, Indiana 46802
Telephone: (260) 425-9777
Email:  bailey@fvglaw.com
             amvangilder@fvglaw.com

*Attorneys for Defendants Ryan V. Jumper and The Jumper Group LLC f/k/a Jumpstart Communication LLC*